■ In the Matter of LINDA HEALY et al., Appellants, v KISUN PETERS, as Candidate Seeking Democratic Party Designation for Public Office of Member of Congress From 31st District, et al., Respondents. [716 NYS2d 351] —Order unanimously affirmed without costs. (Appeal from Order of Supreme Court, Allegany County, Cosgrove, J.—Election Law.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Kehoe, JJ. (Filed Aug. 23, 2000.)